IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ALFREDO RICARDO RODRIGUEZ-ZULETA, *

Petitioner, *

v. * Case No. 4:26-cv-1188-CDL-ALS

WARDEN, STEWART DETENTION CENTER, *

Respondent. *

**J U D G M E N T**

Pursuant to this Court's Order dated 11/4/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 4th day of November, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk